```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

UNITED STATES OF AMERICA,
                    Plaintiff              21-cv-5285 (JGK)

        - against -                        ORDER

$66,272 IN UNITED STATES CURRENCY,
                    Defendant-in-Rem
------------------------------------------------

JOHN G. KOELTL, United States District Judge:

The conference scheduled for October 14, 2021 at 4:00 p.m. is canceled.

The Government may make a motion to strike Mr. Okafor's claim by November 15, 2021. Mr. Okafor may respond by January 17, 2022. The Government may reply by February 7, 2022.

The Clerk's Office should note Mr. Okafor as a claimant and his address at:

> Nzelo Okafor (Reg. No. 15683-112)
>
> Manhattan Correctional Center
>
> 150 Parks Row
>
> New York, NY 10007

The Clerk's Office should mail a copy of this Order to Mr. Okafor.

SO ORDERED.

Dated: October 13, 2021
       New York, New York

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge